HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MITCHELL TICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-00159-DB-1 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE REPORTING DATE FOR APPEARANCE IN THE WESTERN DISTRICT OF MISSOURI** |
| vs. | |
| MITCHELL TICE, | Date: September 25, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. David Rush |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Mitchell Tice, that the previously ordered report date scheduled for September 25, 2017 be vacated and reset for October 16, 2017 at 9:30 a.m..

Mr. Tice made his initial appearance in the Eastern District of California on September 8, 2017. After a detention hearing, he was ordered released on bond and a combination of release conditions. The magistrate judge ordered that he report to the Western District of Missouri on September 25, 2017. Since Mr. Tice's release from custody, he has been in contact with the Federal Defender's Office for the Western District of Missouri. He has also contacted the undersigned defense counsel expressing difficulties paying for cross-country transportation to

appear on the date set by the Court.  Mr. Tice has requested a date in October so that he can obtain the necessary funds to pay for his round-trip transportation.  Defense counsel has contacted Assistant United States Attorney Josephine Larison, who is prosecuting this case in the Western District of Missouri.  Ms. Larison expressed that she does not oppose a continuance of the report date to October 16, 2017.

.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 19, 2017   /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
MITCHELL TICE

Date: September 19, 2017   PHILLIP A. TALBERT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The September 25, 2017 report date is vacated and reset to October 16, 2017, at 9:30 a.m. The Defendant is hereby ordered to appear on October 16, 2017, at 9:30 a.m. before Magistrate Judge David Rush in Courtroom 7, 222 North John Q. Hammons Parkway, Springfield Missouri. All other conditions of release remain in full force and effect.

Dated: September 19, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE