| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | MITCHELL TICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-mj-00159-DB |
| Plaintiff, | ) | **MOTION TO EXONERATE PROPERTY BOND; [PROPOSED] ORDER** |
| vs. | ) | |
| MITCHELL TICE, | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |

Defendant Mitchell Tice, by and through his attorney of record, Assistant Federal Defender Jerome Price, hereby moves this Court for an order exonerating the $100,000 property bond in the above-captioned case (ECF No. 11) and reconveying the property to the sureties, Robyn Tice and Patricia Begley.

On September 8, 2017, after a detention hearing, Magistrate Judge Deborah Barnes ordered that Defendant Mitchell Tice be released on a $100,000 bond secured by the real property owned by Robyn Tice and Patricia Begley. (ECF No. 1.) The Clerk of the Court received the original Straight Note on September 19, 2017, and the original Deed of Trust (No. 2017-0028504) on October 11, 2017. (ECF Nos. 11 and 14.) Mr. Tice was released from custody and ordered to appear in the Western District of Missouri for all future proceedings.

On October 30, 2018, District Judge Douglas Harpool sentenced Mr. Tice to a sentence

-1-

of time served.  *See* Exhibit A at 2, Judgment in Criminal Case 3:17-cr-05014-MDH (W.D. MO). Mr. Tice was thereafter remanded to the custody of the U.S. Marshals.  *Id.*   On April 3, 2019, undersigned counsel received an email from the Clerk's Office in the Eastern District of California advising that the property bond has not been exonerated.  Undersigned counsel communicated with Assistant United States Attorney Josephine Stockard, who prosecuted the case in the Western District of Missouri.  Ms. Stockard sent a copy of the Judgment (attached as Exhibit A) and advised that Mr. Tice complied with his attendance obligations in the Western District of Missouri.

Given that Mr. Tice complied with his attendance obligation, there was no motion to forfeit his bond, and his case is closed, he now moves the Court for an order exonerating the property bond pursuant to Fed. R. Crim. P. 46(g), thereby reconveying the property to the surety. He further requests that the Clerk of the Court be directed to mail the original Deed of Trust and all relevant documents to surety Robyn Tice.

                                  Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                Federal Defender

Date: April 3, 2019                 */s/ Jerome Price*
                                JEROME PRICE
                                Assistant Federal Defender
                                Attorneys for Defendant
                                MITCHELL TICE

**O R D E R**

The Court has received, reviewed, and considered Defendant Mitchell Tice's motion to exonerate the property bond. The government does not oppose the defendant's motion. The Court finds that the defendant was released on pretrial supervision pursuant to a $100,000 bond secured by the equity in real property owned by Robyn Tice and Patricia Begley. The surety posted the property bond on September 19, 2017.

The Court further finds that the defendant has satisfied his attendance obligations to the court in the Western District of Missouri and that he has been sentenced to time served.

Therefore, the Court hereby GRANTS the defendant's motion. The Clerk of the Court shall exonerate the property bond in the above-captioned case and reconvey the property to sureties Robyn Tice and Patricia Begley. The Clerk is further directed to mail the original Deed of Trust and all relevant documents to surety Robyn Tice.

**IT IS SO ORDERED**.

DATED: April 4, 2019

EDMUND F. BRENNAN
United States Magistrate Judge